David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Karmen Self-Forbes*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Karmen Self-Forbes, | Case No. 2:16-cv-01092-APG-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO KOHL'S DEPARTMENT STORES, INC.** |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendant. | |

Plaintiff Karmen Self-Forbes and Kohl's Department Stores, Inc. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

…

…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to **Kohl's Department Stores, Inc.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: September 28, 2016

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Craig R. Anderson, Esq.<br>Craig R. Anderson, Esq.<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br><br>/s/ Brianna Smith, Esq.<br>Brianna Smith, Esq.<br>Marquis Aurbach Coffing<br>10001 Parl Run Drive<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant Kohl's Department Stores, Inc.* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 14, 2016
_____